No. 56. STUART ET AL. *v.* FOX ET AL.;
No. 57. SAME *v.* MINOTT; and
No. 58. SAME *v.* SHWARTZ ET AL. Jurisdictional statement submitted October 12, 1931. Decided October 19, 1931. *Per Curiam:* The appeals herein are dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. Frank H. Purinton* and

*Jacob H. Berman* for appellants. *Mr. Robert Hale* for appellees. Reported below: 129 Me. 407; 152 Atl. 413.